# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 21, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

156167 & (58)

TOMMIE McMULLEN,
          Plaintiff-Appellee,

v

                                      SC: 156167
                                      COA: 332373
CITIZENS INSURANCE COMPANY and        Washtenaw CC: 14-000708-NF
TRAVELERS INSURANCE COMPANY,
          Defendants,

and

FARMERS INSURANCE EXCHANGE,
          Defendant/Cross-Plaintiff-
          Appellee,

and

MARKEL INSURANCE COMPANY,
          Defendant/Cross-Defendant-
          Appellant.
_____/

      On order of the Court, the motion for miscellaneous relief is GRANTED. The application for leave to appeal the June 13, 2017 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 21, 2018 _____

s0314



                    Clerk